```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-27-18

RAFAEL ROJAS ET AL.,

           Plaintiffs,

- against -

GARLIC NY PIZZA BAR CO. LTD. ET AL.,

           Defendants.

17-cv-6342 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the settlement and related fairness submissions by the parties. The Court finds that the settlement, including the provisions for attorneys' fees, is fair and reasonable and therefore approves the settlement.

The Clerk is directed to enter judgment **dismissing the case with prejudice** and closing all pending motions.

SO ORDERED.

Dated:    New York, New York
           June 27, 2018

                                        /s/ John G. Koeltl
                                        JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE